UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Rico A. Contino

       v.                         Case No. 09-cv-62-SM

James O'Mara, Superintendent
Hillsborough County House of
Corrections

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 16, 2009, for the reasons set forth therein. Petitioner's claim challenging the July 23, 2007, protective order is hereby dismissed. All other remaining claims shall go forward.

SO ORDERED.

April 29, 2009

                                              Steven J. McAuliffe
                                              Chief Judge

cc:    Rico A. Contino, pro se